UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES D. HARRISON,

    Plaintiff,

    v.

J. SCOTT; et al.,

    Defendants.

    /

No. C 10-2728 SI (pr)

**ORDER OF DISMISSAL**

On June 22, 2010, plaintiff filed a civil rights complaint to commence this action. Although the first page of the form complaint was filled in, and the last page was signed, every other portion of the form was left blank. That day, the court sent written notice to plaintiff that he needed to file a completed civil rights complaint form and that he needed to file an in forma pauperis application. He then sent the complaint form back to the court, leaving it blank except that he signed it and attached to it a piece of paper that listed five prisons and then stated "x Conclusion x Law Firm . . . ." (Docket # 4, p. 5.) He also filed a motion for appointment of counsel (Docket # 5) that had generic allegations of a need for appointment of counsel and an application to proceed in forma pauperis (Docket # 7). He also filed a one-page document entitled "Bivens action," in which he wrote, "The romance of politics was best used to numb and quell the ears of the uninformed." (Docket # 6).

The action is DISMISSED for failure to state a claim upon which relief may be granted. Leave to amend will not be granted because it would be futile. Harrison was already notified by the clerk that he needed to submit a completed complaint, and chose to respond by filing a

1 complaint that was blank and had a note attached that raised no legal claim.

2     The motion for appointment of counsel is DENIED. (Docket # 5.)

3     The in forma pauperis application is GRANTED.  (Docket # 7.)

4     The clerk shall close the file.

5     IT IS SO ORDERED.

6 DATED: December 6, 2010

                              SUSAN ILLSTON
                              United States District Judge